IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANNY M. SKINNER, | ) | |
|     Plaintiff, | ) | C.A. No. 07-384 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation; E. I. DU PONT DE NEMOURS AND COMPANY, Plan Administrator; PENSION AND RETIREMENT PLAN; TOTAL AND PERMANENT DISABILITY INCOME PLAN; and SHORT TERM DISABILITY PLAN, | ) ) ) ) ) ) ) ) | |
|     Defendants. | ) | |

**DISCLOSURE OF E. I. DU PONT DE NEMOURS AND COMPANY
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant E. I. du Pont de Nemours and Company, by and through its undersigned attorneys, hereby certifies as follows:

Defendant E. I. du Pont de Nemours and Company ("DuPont") is a publicly traded corporation organized and existing under the laws of the State of Delaware. DuPont has no parent company or corporation that owns 10% or more of DuPont's stock.

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
    Kathleen Furey McDonough (No. 2395)
    Sarah E. DiLuzio (No. 4085)
    Hercules Plaza – Sixth Floor
    1313 North Market Street
    Wilmington, DE 19801
    Telephone: (302) 984-6000
    Facsimile: (302) 658-1192
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com
    *Attorneys for Defendants*

Dated: July 10, 2007

806149/20120-444