**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DANNY M. SKINNER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 07-384 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, a Delaware corporation; | ) | |
| E. I. DU PONT DE NEMOURS AND | ) | |
| COMPANY, Plan Administrator; | ) | |
| PENSION AND RETIREMENT PLAN; | ) | |
| TOTAL AND PERMANENT DISABILITY | ) | |
| INCOME PLAN; and SHORT TERM | ) | |
| DISABILITY PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants E. I. du Pont de Nemours and Company ("DuPont"), the Pension and Retirement Plan (the "Dupont Plan"), the Total and Permanent Disability Income Plan (the "T & P Plan"), and the Short Term Disability Plan (the "STD Plan") (hereinafter collectively referred to as "Defendants") hereby certifies that true and correct copies of the Defendants' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were caused to be served on August 16, 2007, on the attorney of record at the following address as indicated:

**By U.S. Mail**

John M. Stull (No. 568)
1300 North Market Street
Suite 700
P.O. Box 1947
Wilmington, DE 19801
Telephone:  (302) 654-0399
Facsimile:  (302) 654-0884
Email: jstullesq@aol.com

/s/ *Sarah E. DiLuzio*
Sarah E. DiLuzio (DSB ID No. 4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Post Office Box 951
Wilmington, Delaware  19899-0951
Tel:  (302) 984-6000
E-mail:  sdiluzio@potteranderson.com

813153v1/20120-444