IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANNY M. SKINNER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. 07-384 SLR |
| v. | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, | ) | |
| a Delaware corporation; E.I. DU PONT DE | ) | |
| NEMOURS AND COMPANY, Plan Administrator; | ) | |
| PENSION AND RETIREMENT PLAN; TOTAL | ) | |
| AND PERMANENT DISABILITY INCOME | ) | |
| PLAN; and SHORT TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants E. I. du Pont de Nemours and Company, E. I. du Pont de Nemours and Company, Plan Administrator; Pension And Retirement Plan; Total And Permanent Disability Income Plan; and Short Term Disability Plan (collectively "DuPont" or "Defendants"), by and through their undersigned counsel, hereby move for summary judgment on all claims of Plaintiff's Complaint. The reasons for this Motion are set forth in Defendants' Opening Brief in Support of their Motion for Summary Judgment, filed concurrently herewith.

POTTER ANDERSON & CORROON LLP

By: /s/ Michael Rush
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
Michael B. Rush (#5061)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000 – Telephone
(302) 658-1192 - Facsimile
kmcdonough@potteranderson.com - Email
sdiluzio@potteranderson.com - Email
mrush@potteranderson.com - Email
*Attorneys for Defendants*

Dated: April 30, 2008
862248v1 / 20120-444