IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANNY M. SKINNER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. 07-384 SLR |
| | ) | |
| v. | ) | |
| | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, a Delaware corporation; E.I. DU PONT DE NEMOURS AND COMPANY, Plan Administrator; PENSION AND RETIREMENT PLAN; TOTAL AND PERMANENT DISABILITY INCOME PLAN; and SHORT TERM DISABILITY PLAN, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, the Court having considered Defendants' Motion for Summary Judgment and the arguments of Plaintiff and Defendants related thereto, and the Court finding no material issues of fact and that Defendants are entitled to judgment in its favor,

NOW, THEREFORE, Defendants' Motion is hereby **GRANTED** and judgment shall be entered in Defendants' favor on all claims of the Complaint.

_____
The Honorable Sue L. Robinson
United States District Court Judge

Dated: _____

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on April 30, 2008, I electronically filed a true and correct copy of the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using CM/ECF which will send notification of such filing, which is available for viewing and downloading from CM.ECF.

VIA CM/ECF NOTIFICATION

John M. Stull, Esquire
3 Mill Road
Suite 306A
Wilmington, DE 19806

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000
E-mail: sdiluzio@potteranderson.com

862248v1 / 20120-444