

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Sarah E. DiLuzio**
Associate
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

May 1, 2008

<u>**VIA CM/ECF AND BY HAND**</u>

The Honorable Sue L. Robinson
U.S. District Court of Delaware
844 N. King Street
Lock Box 31
Wilmington, DE 19801

>  Re:  **Skinner v. E. I. du Pont de Nemours and Company, et al.**
>  <u>**Civil Action No.: 07-384 (SLR)**</u>

Dear Judge Robinson:

  Enclosed please find a courtesy copy of the Defendants' Motion for Summary Judgment, Defendants' Opening Brief In Support of Their Motion for Summary Judgment and the Appendix thereto which was filed and served on Wednesday, April 30, 2008.

  Counsel is available at the Court's convenience to discuss the enclosed.

> Respectfully submitted,
>
> /s/ Sarah E. DiLuzio
>
> Sarah E. DiLuzio (#4085)

SED/rb
Enclosure
862690/20120-444

cc: John Stull, Esq. (via CM/ECF Notification)