IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY M. SKINNER,<br><br>        Plaintiff,<br><br>    v.<br><br>E.I. DU PONT DE NEMOURS AND<br>COMPANY, a Delaware corporation;<br>E.I. DU PONT DE NEMOURS AND<br>COMPANY, Plan Administrator;<br>PENSION AND RETIREMENT PLAN;<br>TOTAL AND PERMANENT DISABILITY<br>INCOME PLAN; and SHORT TERM<br>DISABILITY PLAN,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 07-384-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 29th day of July, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary (D.I. 10) is granted. The clerk of court is directed to enter judgment in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that, if defendants are seeking costs and attorney fees (see D.I. 3), they shall submit a formal motion to that end, along with an affidavit in support of such, on or before **August 29, 2008.**

                                                                      *[signature]*
                                                       United States District Judge