IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY M. SKINNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-384-SLR ) |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of July 29, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants E.I. Du Pont De Nemours and Company, et al., and against plaintiff Danny M. Skinner.

_____
United States District Judge

Dated: 7/31/08

_____
(By) Deputy Clerk