IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANNY M. SKINNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>E.I. DU PONT DE NEMOURS AND COMPANY, )<br>a Delaware corporation; E.I. DU PONT DE )<br>NEMOURS AND COMPANY, Plan Administrator;)<br>PENSION AND RETIREMENT PLAN; TOTAL )<br>AND PERMANENT DISABILITY INCOME )<br>PLAN; and SHORT TERM DISABILITY PLAN, )<br>)<br>Defendants. ) | C.A. 07-384 SLR |

## LOCAL RULE 7.1.1 CERTIFICATION

Counsel for Defendants E. I. du Pont de Nemours and Company, E. I. du Pont de Nemours and Company, Plan Administrator; Pension And Retirement Plan; Total And Permanent Disability Income Plan; and Short Term Disability Plan, certifies that opposing counsel was contacted in an effort to reach agreement on the matters set forth in Defendants' Motion for Attorneys Fees and Costs. Counsel for Plaintiff did not respond to email or telephone messages. Counsel for Defendants is thus unable to ascertain Plaintiff's position, but presumes, given the nature of the motion, that Plaintiff would be unwilling to agree to the relief requested.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah DiLuzio
Kathleen Furey McDonough (#2395)
Sarah E. DiLuzio (#4085)
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000 – Telephone
(302) 658-1192 - Facsimile
kmcdonough@potteranderson.com - Email
sdiluzio@potteranderson.com - Email
*Attorneys for Defendants*

Dated: August 29, 2008